UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 06-01077-CJC(MLGx)     Date October 10, 2008

Title  Jalson Co Inc., et al v. Debra Nickel, et al

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Michelle Urie | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys for Plaintiff                    Attorneys for Defendant

Not Present                                Not Present

Proceedings:    ☐ In Court    X In Chambers    ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated September 18, 2008 [43].
    Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within ___
    days.  Make JS-6.

☐   Other _____

☐   Entered _____.

CV-74 (08/97)                          Initials by Deputy Clerk   MU